IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MR. MICHAEL B. WOOLMAN, | ) | 4:13CV3117 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| CBS/MY TV / 10/11, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's Motion for Continuance and Extension of Time.  (Filing No. 11.)  Plaintiff purports to bring his motion pursuant to the "Extension Act; 46 U.S.C.A. 740."  (*Id*.)  Liberally construed, he brings his motion pursuant to 46 U.S.C. § 30101, which is a shipping statute regarding the extension of admiralty and maritime jurisdiction to cases of injury or damage.  46 U.S.C. § 30101 (formerly cited as 46 App. U.S.C.A. § 740).  Because Plaintiff's motion is nonsensical, and because this case has already been dismissed (filing nos. 9 and 10), Plaintiff's motion is denied.

IT IS THEREFORE ORDERED that: Plaintiff's Motion for Continuance and Extension of Time (filing no. 11) is denied.

DATED this 9th day of September, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites.  The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.